# United States District Court
## For The Western District of North Carolina
## Statesville Division

Robert Wayne Smith,

    Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                5:11-cv-35

David Baker,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 5, 2012 Order.

Signed: March 5, 2012

Frank G. Johns, Clerk
United States District Court